IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Civil Division

| | |
|---|---|
| GREEN PARTY OF TENNESSEE,<br>CONSTITUTION PARTY OF TENNESSEE<br>Plaintiffs<br><br>vs.<br><br>TRE HARGETT in his official capacity<br>as Tennessee Secretary of State, and MARK<br>GOINS, in his official capacity as Coordinator<br>of Elections for the State of Tennessee<br>Defendant | Case No.: 3:13-1128 |

*[Handwritten: ORDER — This motion is GRANTED. The Court will initiate the telephone call. /s/ [Judge] 10-29-13]*

**MOTION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE:**

COME NOW ALAN WOODRUFF, counsel for Plaintiffs, GREEN PARTY OF TENNESSEE, CONSTITUTION PARTY OF TENNESSEE, and move the court for entry of its order permitting him to appear telephonically at the Case Management Conference scheduled for December 13, 2013 and as grounds shows:

1) Woodruff suffers from a debilitation neuromuscular injury to his right leg which severely limits his mobility.

2) The condition of Woodruff's leg has deteriorated and Woodruff now suffers from edema in his leg which causes severe pain which is exacerbated by prolonged periods of sitting and driving.

3) Personal appearance at any hearings scheduled by the Court will necessitate extended travel which will be especially detrimental to Woodruff's condition.

4) Plaintiffs believe that this this case may be decided on summary judgment based on the language of the challenged provisions of the Tennessee Code and the expert affidavits.

5) Plaintiffs anticipate filing motions for summary judgment on all claims, and a motion for an expedited ruling, as soon as permitted by the Court.

6) Given the absence of any anticipated discovery, and Plaintiffs expectation of submitting the issues for a summary judgment, Plaintiffs do not anticipate the need for the case