IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GREEN PARTY OF TENNESSEE and )
CONSTITUTION PARTY OF )
TENNESSEE, )
 )
    Plaintiffs, ) Case No. 3:13-cv-1128
 ) Chief Judge Haynes
v. )
 )
TRE HARGETT, in his official capacity )
as Tennessee Secretary of State, and )
MARK GOINS, in his official capacity as )
Coordinator of Elections for the State of )
Tennessee, )
 )
    Defendants. )

# ORDER

In accordance with the Memorandum filed herewith, Plaintiffs' motions for summary judgment (Docket Entry Nos. 18 and 19) are **GRANTED** and the Defendants' motion for partial summary judgment is **DENIED**. Plaintiffs Green Party of Tennessee and Constitution Party of Tennessee are **AWARDED** a judgment that as applied to Plaintiffs, Tenn. Code Ann. §§ 2-1-104(a)(24), 2-1-104(a)(31) and 2-13-107(f) are unconstitutional as violations of Plaintiffs' rights under the First and Fourteenth Amendment to create and develop their political parties and as a violation of Plaintiffs' rights under the Equal Protection Clause of the Fourteenth Amendment to equal access to the ballot as afforded major political parties. Plaintiffs are further **AWARDED** a judgment that Tenn. Code Ann. § 2-1-114 is unconstitutional as a violation of Plaintiffs' rights to free speech under the First Amendment

Accordingly, the Defendants are **ORDERED** to grant Plaintiffs ballot access for their

candidates with the respective party names, for elections for at least three calendar years from the November 2012 election

It is so **ORDERED**.

This is the Final Order in this action.

**Entered** this the 14th day of March, 2014

William J. Haynes, Jr.
Chief United States District Judge