UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREEN PARTY OF TENNESSEE, CONSTITUTION PARTY OF TENNESSEE | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:13-1128 Chief Judge Haynes |
| v. | ) ) ) | |
| TRE HARGETT in his official capacity as Tennessee Secretary of State, and MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff is **AWARDED** fourteen thousand eight hundred seventy-five dollars ($14,875.00) to Alan Woodruff; **AWARDED** four thousand fifty dollars ($4,050.00) to Donnell Castle; and **AWARDED** six hundred twenty-five dollars ($625.00) in costs to Plaintiffs.

It is so **ORDERED**.

ENTERED this the ___ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court

5